UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 14-10363-RGS

UNITED STATES OF AMERICA

v.

BARRY J. CADDEN

ORDER ON THE APPEAL BY THE GOVERNMENT OF
THE MAGISTRATE JUDGE'S ORDER
MODIFYING DEFENDANT'S CONDITIONS OF RELEASE

July 11, 2016

STEARNS, D.J.

I see no compelling reason, consistent with the presumptions of the Bail Reform Act, to reverse or revisit the findings and Order of Magistrate Judge Boal modifying defendant's conditions of release. The appeal is DENIED.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE