UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 14-10363-RGS

UNITED STATES OF AMERICA

v.

BARRY J. CADDEN

MEMORANDUM AND ORDER
ON DEFENDANT'S MOTION
TO EXCLUDE EMAILS TO BE OFFERED
THROUGH AGENT SARA ALBERT [Dkt # 882]

February 6, 2017

STEARNS, D.J.

The motion is <u>DENIED</u>, for the most part. The court will exclude Exhibit 164 as unduly prejudicial, there being no allegations of abuse of controlled substances in the indictment; Exhibit 213 as irrelevant personal invective, and Exhibit 232 as confusing (to my eye it does not say what the government purports it to say). Defendant will be permitted to supplement any broken email chain with additional portions that might provide relevant mitigating context. As the government is seeking through the emails to show a pattern of historical indifference by the defendant to safety conditions in the laboratory, the court will reverse its previous order excluding the emails originating prior to July of 2012 offered by the defendant to show his concern for maintaining NECC as a safe and USP-compliant facility.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE