UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 14-10363-RGS

UNITED STATES OF AMERICA

v.

BARRY J. CADDEN

MEMORANDUM AND ORDER
ON DEFENDANT'S MOTION TO STRIKE
CERTAIN TRIAL TESTIMONY [Dkt #892]

February 7, 2017

STEARNS, D.J.

The motion is <u>DENIED</u>. Whether Ms. Huffman is mistaken in her recollection of the date of her September 2012 conversation with defendant Cadden regarding NECC's methylprednisolone recall is a matter of (hotly) disputed fact that only the jury can resolve. *Cf. Alleyne v. United States*, 133 S. Ct. 2151, 2158 (2013) (facts that make up "an 'element' or 'ingredient' of a charged offense . . . must be submitted to the jury."). While the court recognizes that the evidence is conflicting, it is not prepared to draw an inference of bad faith on the part of the government from an adversarial disagreement over the interpretation of facts or the credibility of witness testimony. Nor would the court place any restriction on the right of the defendant to produce rebuttal evidence on any material issue, including this

one.  Finally, the court will not require the government to memorialize routine meetings with witnesses immediately prior to their trial testimony beyond the affirmative obligation to promptly record and produce any material exculpatory information that might emerge.

      SO ORDERED.

      /s/ Richard G. Stearns
      _____
      UNITED STATES DISTRICT JUDGE