UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 14-10363-RGS

UNITED STATES OF AMERICA

v.

BARRY J. CADDEN

MEMORANDUM AND ORDER
ON DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF
KRISTINA DONOHUE [Dkt #895]

February 14, 2017

STEARNS, D.J.

The motion is <u>DENIED</u>, for the most part. Testimony as outlined in the government's Opposition[1] will be permitted with one exception. The court will exclude testimony regarding the 2003 meeting between officials of the Food and Drug Administration (FADA) and the Massachusetts Board of Pharmacy (MABOP) "to decide if NECC should be considered a manufacturer or a compounder." What was said at the meeting is rank hearsay involving deliberations over apparent differences of investigatory opinion that cannot be effectively cross-examined within the meaning of the Confrontation Clause. The court is not excluding testimony directed to the

---

[1] The court expects the government to strictly adhere to its prior order excluding references to the Good Manufacturing Practices and Medwatch reports.

fact that the FADA and MABOP made a mutual decision to classify NECC as a pharmacy under the regulatory jurisdiction of MABOP.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE