UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 14-10363-RGS

UNITED STATES OF AMERICA

v.

BARRY J. CADDEN

MEMORANDUM AND ORDER
ON DEFENDANT'S MOTION TO EXCLUDE
"OUT OF SPECIFICATION" EVIDENCE [Dkt #888]

February 15, 2017

STEARNS, D.J.

The motion is <u>ALLOWED</u>, in part.

The court will exclude the following exhibits. Exhibit Nos. 865, 866, 867, 883, 906, 907, 929, 930, 934, 935, 936, 937, 938, 939, 941, 942, 944, 945, 947, 948, 951, 952, 953, 954, 955, 956, 957, 958, and 1769. The government has either conceded their inaccuracy, or has failed to show by a preponderance of the evidence that the test results meet the court's previously imposed requirement that the drug at issue be shown to have been shipped by NECC or to have been reliably tested by Analytical Research Laboratories (ARL). Whether the government's evidence demonstrates the historical reliability of ARL as NECC's (self-selected) testing agency is a matter for the jury to decide.

The summary chart, Exhibit 894 is also excluded as presently constructed. The court will instruct the jury that the chart has been stricken because it has found 29 of the exhibits it lists to be insufficiently reliable to have been included in the summary; further, that they are to consider only the exhibits summarized in the revised Exhibit 894; and finally, that the ultimate decision as to the probative value of the out-of-specification exhibits that remain is one that only they collectively can make. The additional requests for special instructions are DENIED.

        SO ORDERED.

        /s/ Richard G. Stearns
        _____
        UNITED STATES DISTRICT JUDGE