UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 14-10363-RGS

UNITED STATES OF AMERICA

v.

BARRY J. CADDEN

MEMORANDUM AND ORDER
ON DEFENDANT'S MOTION TO STRIKE TESTIMONY
BY SAMUEL PENTA CONCERNING LEGAL CONCLUSIONS [Dkt #947]

March 6, 2017

STEARNS, D.J.

The motion is DENIED.

The first objected-to instances of Samuel Penta's testimony is not a legal conclusion at all, but rather a personal observation that the amount of drug products he directly observed at NECC far surpassed in volume anything that he had ever before seen being produced by a compounding pharmacy.  The "conclusion," such as it was expressed, was not a legal one, but a personal opinion that the volume of methylprednisolone that he saw "was a manufactured amount to me."  Even were it an opinion, both the objection to this testimony and that to the second instance of "legal" testimony – that Penta would have "expected" NECC to follow Massachusetts law – were waived during the cross-examination this morning of government

witness Robert Ronzio who was reputedly asked for opinions of a legal nature despite his admitted lack of qualifications to render them.

        SO ORDERED.

        /s/ Richard G. Stearns
        _____
        UNITED STATES DISTRICT JUDGE