UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 14-10363-RGS

UNITED STATES OF AMERICA

v.

BARRY J. CADDEN

MEMORANDUM AND ORDER
ON DEFENDANT'S MOTION FOR SUPPLEMENTAL
JURY INSTRUCTION AND OTHER RELIEF [Dkt #941]

March 8, 2017

STEARNS, D.J.

The motion is <u>ALLOWED</u>, in part.

As the court indicated on February 1, 2017, it is open to both sides to present in the form of deposition testimony any additional relevant examination of Mr. Means. The court has no intention of giving any additional interim instructions to the jury, although counsel are permitted to read the court's actual instruction on February 17, 2017, as a prelude to the reading of the deposition excerpts.[1] The court's ruling on admissibility was based on Rule 106(b), which as the Advisory Committee Notes make clear, is

---

[1] While the excerpts defendant proposes to read are clearly set out as separate exhibits to his motion, the government's highlights do not translate onto a printed page. As the choice of supplementation is for the government as the opposing party, I will leave the matter to counsel in the perhaps overly optimistic expectation that the absence of decipherable highlights does not mean that the government proposes to read the entire transcript to the jury.

not intended to encroach on the jury's prerogatives as the finder-of fact, as the defendant's proposed additional instructions risk doing.  The potential fallibility of any additional test results now in evidence is a matter for the jury to assess and not one that the court intends to revisit at this late juncture.

        SO ORDERED.

        /s/ Richard G. Stearns
        _____
        UNITED STATES DISTRICT JUDGE