UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                               )
UNITED STATES OF AMERICA        )
                               )        Court No.:  14-cr-10363-RGS-1
        v.                      )
                               )
BARRY J. CADDEN,                )
                               )
            Defendant.          )
_____)

## JURY VERDICT FORM

## COUNT 1
*(Racketeering)*

If you found BARRY J. CADDEN guilty as to Count 1, please indicate below which alleged Racketeering Acts you unanimously find that the government has proven beyond a reasonable doubt:

## SHIPMENTS OF METHYLPREDNISOLONE ACETATE (RAS 1-27)

| Racketeering Act | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| 1 | 8/8/2012 | 400 5 ml vials of 06292012@26 | Michigan Pain Specialists, Brighton, Michigan | | |
| 2 | 7/17/2012 | 100 1 ml vials of 06292012@26 | Specialty Surgery Center, Crossville, Tennessee | | |
| 3 | 8/14/2012 | 120 1 ml vials of 06292012@26 | Specialty Surgery Center, Crossville, Tennessee | | |

| Racketeering Act | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| 4 | 6/27/2012 | 500 1 ml vials of 05212012@68 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | |
| 5 | 7/25/2012 | 500 1 ml vials of 06292012@26 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | |
| 6 | 8/13/2012 | 500 1 ml vials of 06292012@26 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | |
| 7 | 9/4/2012 | 500 1 ml vials of 08102012@51 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | |
| 8 | 6/25/2012 | 125 1 ml vials of 05212012@68 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | |
| 9 | 7/16/2012 | 125 1 ml vials of 05212012@68 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | |
| 10 | 8/2/2012 | 150 1 ml vials of 06292012@26 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | |
| 11 | 8/28/2012 | 130 1 ml vials of 08102012@51 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | |
| 12 | 9/17/2012 | 100 1 ml vials of 08102012@51 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | |
| 13 | 8/15/2012 | 100 1 ml vials of 06292012@26 | South Bend Clinic, South Bend, Indiana | | |
| 14 | 9/25/2012 | 100 1 ml vials of 08102012@51 | South Bend Clinic, South Bend, Indiana | | |
| 15 | 7/5/2012 | 150 1 ml vials of 05212012@68 | Marion Pain Management, Ocala, Florida | | |

| Racketeering Act | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| 16 | 8/15/2012 | 150 1 ml vials of 06292012@26 | Marion Pain Management, Ocala, Florida | | |
| 17 | 8/13/2012 | 85 5 ml vials of 06292012@26 | Box Hill Surgery Center, Abingdon, Maryland | | |
| 18 | 9/25/2012 | 300 1 ml vials of 08102012@51 | Box Hill Surgery Center, Abingdon, Maryland | | |
| 19 | 7/9/2012 | 200 1 ml vials of 05212012@68 | Insight Imaging, Roanoke, Virginia | | |
| 20 | 7/26/2012 | 200 1 ml vials of 06292012@26 | Insight Imaging, Roanoke, Virginia | | |
| 21 | 8/17/2012 | 200 1 ml vials of 06292012@26 | Insight Imaging, Roanoke, Virginia | | |
| 22 | 9/7/2012 | 200 1 ml vials of 08102012@51 | Insight Imaging, Roanoke, Virginia | | |
| 23 | 6/25/2012 | 20 1 ml vials of 05212012@68 | High Point Surgery Center, High Point, North Carolina | | |
| 24 | 7/13/2012 | 20 1 ml vials of 05212012@68 | High Point Surgery Center, High Point, North Carolina | | |
| 25 | 8/7/2012 | 40 1 ml vials of 06292012@26 | High Point Surgery Center, High Point, North Carolina | | |
| 26 | 8/14/2012 | 80 1 ml vials of 06292012@26 | High Point Surgery Center, High Point, North Carolina | | |
| 27 | 9/20/2012 | 60 1 ml vials of 08102012@51 | High Point Surgery Center, High Point, North Carolina | | |

## SECOND-DEGREE MURDERS (RAS 28-52)

### RACKETEERING ACT NO. 28 – SECOND-DEGREE MURDER – MICHIGAN

Murder of Karina Baxter in Brighton, Michigan:

Not Guilty _____         Guilty _____

### RACKETEERING ACT NO. 29 – SECOND-DEGREE MURDER – MICHIGAN

Murder of Paula Brent in Brighton, Michigan:

Not Guilty _____         Guilty _____

### RACKETEERING ACT NO. 30 – SECOND-DEGREE MURDER – MICHIGAN

Murder of Gayle Gipson in Brighton, Michigan:

Not Guilty _____         Guilty _____

### RACKETEERING ACT NO. 31 – SECOND-DEGREE MURDER – MICHIGAN

Murder of Donna Kruzich in Brighton, Michigan:

Not Guilty _____         Guilty _____

### RACKETEERING ACT NO. 32 – SECOND-DEGREE MURDER – MICHIGAN

Murder of Lyn Laperriere in Brighton, Michigan:

Not Guilty _____         Guilty _____

### RACKETEERING ACT NO. 33 – SECOND-DEGREE MURDER – MICHIGAN

Murder of Mary Plettl in Brighton, Michigan:

Not Guilty _____         Guilty _____

### RACKETEERING ACT NO. 34 – SECOND-DEGREE MURDER – MICHIGAN

Murder of Sally Roe in Brighton, Michigan:

Not Guilty _____         Guilty _____

<u>RACKETEERING ACT NO. 35 – SECOND-DEGREE MURDER – MICHIGAN</u>

Murder of Emma Todd in Brighton, Michigan:

        Not Guilty _____           Guilty _____

<u>RACKETEERING ACT NO. 36 – SECOND-DEGREE MURDER – TENNESSEE</u>

Murder of Marie Hester in Nashville, Tennessee:

        Not Guilty _____           Guilty _____

<u>RACKETEERING ACT NO. 37 – SECOND-DEGREE MURDER – TENNESSEE</u>

Murder of Eddie Lovelace in Nashville, Tennessee:

        Not Guilty _____           Guilty _____

<u>RACKETEERING ACT NO. 38 – SECOND-DEGREE MURDER – TENNESSEE</u>

Murder of Donald McDavid in Crossville, Tennessee:

        Not Guilty _____           Guilty _____

<u>RACKETEERING ACT NO. 39 – SECOND-DEGREE MURDER – TENNESSEE</u>

Murder of Diana Reed in Nashville, Tennessee:

        Not Guilty _____           Guilty _____

<u>RACKETEERING ACT NO. 40 – SECOND-DEGREE MURDER – TENNESSEE</u>

Murder of Thomas Rybinski in Nashville, Tennessee:

        Not Guilty _____           Guilty _____

<u>RACKETEERING ACT NO. 41 – SECOND-DEGREE MURDER – TENNESSEE</u>

Murder of Carol Wetton in Nashville, Tennessee:

        Not Guilty _____           Guilty _____

RACKETEERING ACT NO. 42 – SECOND-DEGREE MURDER – TENNESSEE

Murder of Earline Williams in Nashville, Tennessee:

Not Guilty _____                    Guilty _____


RACKETEERING ACT NO. 43 – SECOND-DEGREE MURDER – INDIANA

Murder of Pauline Burema in Elkhart, Indiana:

Not Guilty _____                    Guilty _____


RACKETEERING ACT NO. 44 – SECOND-DEGREE MURDER – INDIANA

Murder of Kathy Dillon in Elkhart, Indiana:

Not Guilty _____                    Guilty _____


RACKETEERING ACT NO. 45 – SECOND-DEGREE MURDER – INDIANA

Murder of Alice Machowiak in South Bend, Indiana:

Not Guilty _____                    Guilty _____


RACKETEERING ACT NO. 46 – SECOND-DEGREE MURDER – MARYLAND

Murder of Bahman Kashi in Abingdon, Maryland:

Not Guilty _____                    Guilty _____


RACKETEERING ACT NO. 47 – SECOND-DEGREE MURDER – MARYLAND

Murder of Brenda Rozek in Abingdon, Maryland:

Not Guilty _____                    Guilty _____


RACKETEERING ACT NO. 48 – SECOND-DEGREE MURDER – MARYLAND

Murder of Edna Young in Abingdon, Maryland:

Not Guilty _____                    Guilty _____

RACKETEERING ACT NO. 49 – SECOND-DEGREE MURDER – VIRGINIA

Murder of Kathy Sinclair in Roanoke, Virginia:

Not Guilty _____          Guilty _____


RACKETEERING ACT NO. 50 – SECOND-DEGREE MURDER – VIRGINIA

Murder of Douglas Wingate in Roanoke, Virginia:

Not Guilty _____          Guilty _____


RACKETEERING ACT NO. 51 – SECOND-DEGREE MURDER – FLORIDA

Murder of Godwin Mitchell in Ocala, Florida:

Not Guilty _____          Guilty _____


RACKETEERING ACT NO. 52 – SECOND-DEGREE MURDER – NORTH CAROLINA

Murder of Elwina Shaw in High Point, North Carolina:

Not Guilty _____          Guilty _____


## SHIPMENTS OF UNTESTED LOTS (RAS 53-63)

| Racketeering Act | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| **53** | 7/24/2012 | 150 bacitracin 20 ml syringes | Good Shepherd Hospital, Barrington, Illinois | | |
| **54** | 8/7/2012 | 18 polymyxin-bacitracin irrigation bags | Glens Falls Hospital, Glens Falls, New York | | |
| **55** | 8/27/2012 | 18 polymyxin-bacitracin irrigation bags | Glens Falls Hospital, Glens Falls, New York | | |
| **56** | 8/28/2012 | 20 polymyxin-bacitracin irrigation bags | Winchester Hospital, Winchester, Virginia | | |

| Racketeering Act | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| **57** | 8/30/2012 | 20 polymyxin-bacitracin irrigation bags | Winchester Hospital, Winchester, Virginia | | |
| **58** | 9/11/2012 | 100 potassium chloride injectables | Port Huron Hospital, Port Huron, Michigan | | |
| **59** | 9/24/2012 | 50 cardioplegia solution (low-K) | Brigham and Women's Hospital, Boston, Massachusetts | | |
| **60** | 9/27/2012 | 60 potassium chloride bags | Sentara Norfolk General Hospital, Norfolk, Virginia | | |
| **61** | 2/23/2012 | 300 lidocaine-bupivacaine-hyaluronidase injections | Massachusetts Eye and Ear Institute Boston, Massachusetts | | |
| **63** | 9/17/2012 | 15 clindamycin-gentamicin-polymyxin bags | Florida Hospital Waterman, Tavares, Florida | | |

## SHIPMENTS OF EXPIRED DRUGS (RAS 64-68)

| Racketeering Act | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| **64** | 7/7/2011 | 6 25 mg/ml methotrexate injectables | USC University Hospital, Los Angeles, California | | |
| **65** | 7/8/2011 | 8 4 mg/ml methotrexate injectables | Augusta Eye Associates, Fisherville, Virginia | | |
| **66** | 10/31/2011 | 6 25 mg/ml methotrexate injectables | Southboro Medical Group, Southboro, Massachusetts | | |

| Racketeering Act | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| **67** | 2/15/2012 | 25 25 mg/ml methotrexate injectables | Decatur Memorial Hospital, Decatur, Illinois | | |
| **68** | 6/8/2012 | 10 4 mg/ml methotrexate injectables | Retina Group of Washington, Chevy Chase, Maryland | | |

## UNLICENSED PHARMACY TECHNICIAN (RAS 69-78)

| Racketeering Act | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| **69** | 3/25/2010 | 7 cardioplegia solution bags | Lewis-Gale Medical Center, Salem, Virginia | | |
| **70** | 10/21/2010 | 10 cardioplegia (cold induction high K) bags | Osceola Regional Medical Center, Kissimmee, Florida | | |
| **71** | 12/21/2010 | 10 cardioplegia solution bags | Baptist Medical Center, Jacksonville, Florida | | |
| **72** | 3/30/2011 | 8 cardioplegia solution bags | North Shore Medical Center, Salem, Massachusetts | | |
| **73** | 6/29/2011 | 20 cardioplegia (high K) solution bags | Sunrise Medical Center, Las Vegas, Nevada | | |
| **74** | 11/15/2011 | 10 cardioplegia (induction formula) bags | St. Vincent's Hospital, Birmingham, Alabama | | |
| **75** | 2/22/2012 | 20 cardioplegia (high K) solution bags | Sunrise Medical Center, Las Vegas, Nevada | | |

| Racketeering Act | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| **76** | 6/4/2012 | 30 cardioplegia (cold induction) bags | St. Peter's Hospital, Albany, New York | | |
| **77** | 7/12/2012 | 25 cardioplegia solution bags | West Virginia University, Morgantown, West Virginia | | |
| **78** | 8/8/2012 | 20 cardioplegia (high K) solution bags | Sunrise Medical Center, Las Vegas, Nevada | | |

As to the offense of racketeering as charged in Count 1 of the Indictment, we the jury unanimously find defendant BARRY J. CADDEN:

Not Guilty _____          Guilty _____

## COUNT 2
*(Racketeering Conspiracy)*

As to the offense of racketeering conspiracy as charged in Count 2 of the Indictment, we the jury unanimously find defendant BARRY J. CADDEN:

Not Guilty _____          Guilty _____

## COUNT 3
*(Conspiracy to Defraud the United States)*

As to the offense of conspiracy to defraud the United States as charged in Count 3 of the Indictment, we the jury unanimously find defendant BARRY J. CADDEN:

Not Guilty _____          Guilty _____

## COUNTS 4-56
*(Mail Fraud)*

As to the offense of mail fraud as charged in Counts 4-56 of the Indictment, we the jury unanimously find defendant BARRY J. CADDEN:

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|-------|------------------|-------------|-------------|------------|--------|
| 4 | 8/8/2012 | 400 5 ml vials of 06292012@26 | Michigan Pain Specialists, Brighton, Michigan | | |
| 5 | 7/17/2012 | 100 1 ml vials of 06292012@26 | Specialty Surgery Center, Crossville, Tennessee | | |
| 6 | 8/14/2012 | 120 1 ml vials of 06292012@26 | Specialty Surgery Center, Crossville, Tennessee | | |
| 7 | 6/27/2012 | 500 1 ml vials of 05212012@68 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | |
| 8 | 7/25/2012 | 500 1 ml vials of 06292012@26 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | |
| 9 | 8/13/2012 | 500 1 ml vials of 06292012@26 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | |
| 10 | 9/4/2012 | 500 1 ml vials of 08102012@51 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | |

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| 11 | 6/25/2012 | 125 1 ml vials of 05212012@68 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | |
| 12 | 7/16/2012 | 125 1 ml vials of 05212012@68 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | |
| 13 | 8/2/2012 | 150 1 ml vials of 06292012@26 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | |
| 14 | 8/28/2012 | 130 1 ml vials of 08102012@51 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | |
| 15 | 9/17/2012 | 100 1 ml vials of 08102012@51 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | |
| 16 | 8/15/2012 | 100 1 ml vials of 06292012@26 | South Bend Clinic, South Bend, Indiana | | |
| 17 | 9/25/2012 | 100 1 ml vials of 08102012@51 | South Bend Clinic, South Bend, Indiana | | |
| 18 | 7/5/2012 | 150 1 ml vials of 05212012@68 | Marion Pain Management, Ocala, Florida | | |
| 19 | 8/15/2012 | 150 1 ml vials of 06292012@26 | Marion Pain Management, Ocala, Florida | | |
| 20 | 8/13/2012 | 85 5 ml vials of 06292012@26 | Box Hill Surgery Center, Abingdon, Maryland | | |
| 21 | 9/25/2012 | 300 1 ml vials of 08102012@51 | Box Hill Surgery Center, Abingdon, Maryland | | |
| 22 | 7/9/2012 | 200 1 ml vials of 05212012@68 | Insight Imaging, Roanoke, Virginia | | |

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|-------|------------------|-------------|-------------|------------|--------|
| **23** | 7/26/2012 | 200 1 ml vials of 06292012@26 | Insight Imaging, Roanoke, Virginia | | |
| **24** | 8/17/2012 | 200 1 ml vials of 06292012@26 | Insight Imaging, Roanoke, Virginia | | |
| **25** | 9/7/2012 | 200 1 ml vials of 08102012@51 | Insight Imaging, Roanoke, Virginia | | |
| **26** | 6/25/2012 | 20 1 ml vials of 05212012@68 | High Point Surgery Center, High Point, North Carolina | | |
| **27** | 7/13/2012 | 20 1 ml vials of 05212012@68 | High Point Surgery Center, High Point, North Carolina | | |
| **28** | 8/7/2012 | 40 1 ml vials of 06292012@26 | High Point Surgery Center, High Point, North Carolina | | |
| **29** | 8/14/2012 | 80 1 ml vials of 06292012@26 | High Point Surgery Center, High Point, North Carolina | | |
| **30** | 9/20/2012 | 60 1 ml vials of 08102012@51 | High Point Surgery Center, High Point, North Carolina | | |
| **31** | 7/24/2012 | 150 bacitracin 20 ml syringes | Good Shepherd Hospital, Barrington, Illinois | | |
| **32** | 8/7/2012 | 18 polymyxin-bacitracin irrigation bags | Glens Falls Hospital, Glens Falls, New York | | |

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| **33** | 8/27/2012 | 18 polymyxin-bacitracin irrigation bags | Glens Falls Hospital, Glens Falls, New York | | |
| **34** | 8/28/2012 | 20 polymyxin-bacitracin irrigation bags | Winchester Hospital, Winchester, Virginia | | |
| **35** | 8/30/2012 | 20 polymyxin-bacitracin irrigation bags | Winchester Hospital, Winchester, Virginia | | |
| **36** | 9/11/2012 | 100 potassium chloride injectables | Port Huron Hospital, Port Huron, Michigan | | |
| **37** | 9/24/2012 | 50 cardioplegia solution (low-K) | Brigham and Women's Hospital, Boston, Massachusetts | | |
| **38** | 9/27/2012 | 60 potassium chloride bags | Sentara Norfolk General Hospital, Norfolk, Virginia | | |
| **39** | 2/23/2012 | 300 lidocaine-bupivacaine-hyaluronidase injections | Massachusetts Eye and Ear Institute Boston, Massachusetts | | |
| **41** | 9/17/2012 | 15 clindamycin-gentamicin-polymyxin bags | Florida Hospital Waterman, Tavares, Florida | | |
| **42** | 7/7/2011 | 6 25 mg/ml methotrexate injectables | USC University Hospital, Los Angeles, California | | |
| **43** | 7/8/2011 | 8 4 mg/ml methotrexate injectables | Augusta Eye Associates, Fisherville, Virginia | | |

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| **44** | 10/31/2011 | 6 25 mg/ml methotrexate injectables | Southboro Medical Group, Southboro, Massachusetts | | |
| **45** | 2/15/2012 | 25 25 mg/ml methotrexate injectables | Decatur Memorial Hospital, Decatur, Illinois | | |
| **46** | 6/8/2012 | 10 4 mg/ml methotrexate injectables | Retina Group of Washington, Chevy Chase, Maryland | | |
| **47** | 3/25/2010 | 7 cardioplegia solution bags | Lewis-Gale Medical Center, Salem, Virginia | | |
| **48** | 10/21/2010 | 10 cardioplegia (cold induction high K) bags | Osceola Regional Medical Center, Kissimmee, Florida | | |
| **49** | 12/21/2010 | 10 cardioplegia solution bags | Baptist Medical Center, Jacksonville, Florida | | |
| **50** | 3/30/2011 | 8 cardioplegia solution bags | North Shore Medical Center, Salem, Massachusetts | | |
| **51** | 6/29/2011 | 20 cardioplegia (high K) solution bags | Sunrise Medical Center, Las Vegas, Nevada | | |
| **52** | 11/15/2011 | 10 cardioplegia (induction formula) bags | St. Vincent's Hospital, Birmingham, Alabama | | |
| **53** | 2/22/2012 | 20 cardioplegia (high K) solution bags | Sunrise Medical Center, Las Vegas, Nevada | | |

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty |
|---|---|---|---|---|---|
| **54** | 6/4/2012 | 30 cardioplegia (cold induction) bags | St. Peter's Hospital, Albany, New York | | |
| **55** | 7/12/2012 | 25 cardioplegia solution bags | West Virginia University, Morgantown, West Virginia | | |
| **56** | 8/8/2012 | 20 cardioplegia (high K) solution bags | Sunrise Medical Center, Las Vegas, Nevada | | |

## COUNTS 57-90

*(Introduction of Adulterated Drugs into Interstate Commerce with Intent to Defraud and Mislead – Insanitary Conditions)*

As to the offense of introducing adulterated drugs into interstate commerce with intent to defraud and mislead, as charged in Counts 57-90 of the Indictment, we the jury unanimously find defendant BARRY J. CADDEN:

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty | Intent to Defraud or Mislead |
|---|---|---|---|---|---|---|
| **57** | 8/8/2012 | 400 5 ml vials of 06292012@26 | Michigan Pain Specialists, Brighton, Michigan | | | |
| **58** | 7/17/2012 | 100 1 ml vials of 06292012@26 | Specialty Surgery Center, Crossville, Tennessee | | | |
| **59** | 8/14/2012 | 120 1 ml vials of 06292012@26 | Specialty Surgery Center, Crossville, Tennessee | | | |
| **60** | 6/27/2012 | 500 1 ml vials of 05212012@68 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | | |
| **61** | 7/25/2012 | 500 1 ml vials of 06292012@26 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | | |

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty | Intent to Defraud or Mislead |
|---|---|---|---|---|---|---|
| 62 | 8/13/2012 | 500 1 ml vials of 06292012@26 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | | |
| 63 | 9/4/2012 | 500 1 ml vials of 08102012@51 | St. Thomas Outpatient Neurological Center, Nashville, Tennessee | | | |
| 64 | 6/25/2012 | 125 1 ml vials of 05212012@68 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | | |
| 65 | 7/16/2012 | 125 1 ml vials of 05212012@68 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | | |
| 66 | 8/2/2012 | 150 1 ml vials of 06292012@26 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | | |
| 67 | 8/28/2012 | 130 1 ml vials of 08102012@51 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | | |
| 68 | 9/17/2012 | 100 1 ml vials of 08102012@51 | OSMC Outpatient Surgery Center, Elkhart, Indiana | | | |
| 69 | 8/15/2012 | 100 1 ml vials of 06292012@26 | South Bend Clinic, South Bend, Indiana | | | |
| 70 | 9/25/2012 | 100 1 ml vials of 08102012@51 | South Bend Clinic, South Bend, Indiana | | | |
| 71 | 7/5/2012 | 150 1 ml vials of 05212012@68 | Marion Pain Management, Ocala, Florida | | | |
| 72 | 8/15/2012 | 150 1 ml vials of 06292012@26 | Marion Pain Management, Ocala, Florida | | | |
| 73 | 8/13/2012 | 85 5 ml vials of 06292012@26 | Box Hill Surgery Center, Abingdon, Maryland | | | |

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty | Intent to Defraud or Mislead |
|---|---|---|---|---|---|---|
| 74 | 9/25/2012 | 300 1 ml vials of 08102012@51 | Box Hill Surgery Center, Abingdon, Maryland | | | |
| 75 | 7/9/2012 | 200 1 ml vials of 05212012@68 | Insight Imaging, Roanoke, Virginia | | | |
| 76 | 7/26/2012 | 200 1 ml vials of 06292012@26 | Insight Imaging, Roanoke, Virginia | | | |
| 77 | 8/17/2012 | 200 1 ml vials of 06292012@26 | Insight Imaging, Roanoke, Virginia | | | |
| 78 | 9/7/2012 | 200 1 ml vials of 08102012@51 | Insight Imaging, Roanoke, Virginia | | | |
| 79 | 6/25/2012 | 20 1 ml vials of 05212012@68 | High Point Surgery Center, High Point, North Carolina | | | |
| 80 | 7/13/2012 | 20 1 ml vials of 05212012@68 | High Point Surgery Center, High Point, North Carolina | | | |
| 81 | 8/7/2012 | 40 1 ml vials of 06292012@26 | High Point Surgery Center, High Point, North Carolina | | | |
| 82 | 8/14/2012 | 80 1 ml vials of 06292012@26 | High Point Surgery Center, High Point, North Carolina | | | |
| 83 | 9/20/2012 | 60 1 ml vials of 08102012@51 | High Point Surgery Center, High Point, North Carolina | | | |
| 84 | 7/24/2012 | 150 bacitracin 20 ml syringes | Good Shepherd Hospital, Barrington, Illinois | | | |
| 85 | 8/7/2012 | 18 polymyxin-bacitracin irrigation bags | Glens Falls Hospital, Glens Falls, New York | | | |

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty | Intent to Defraud or Mislead |
|-------|------------------|-------------|-------------|-----------|--------|------------------------------|
| **86** | 8/27/2012 | 18 polymyxin-bacitracin irrigation bags | Glens Falls Hospital, Glens Falls, New York | | | |
| **87** | 8/28/2012 | 20 polymyxin-bacitracin irrigation bags | Winchester Hospital, Winchester, Virginia | | | |
| **88** | 8/30/2012 | 20 polymyxin-bacitracin irrigation bags | Winchester Hospital, Winchester, Virginia | | | |
| **89** | 9/11/2012 | 100 potassium chloride injectables | Port Huron Hospital, Port Huron, Michigan | | | |
| **90** | 9/27/2012 | 60 potassium chloride bags | Sentara Norfolk General Hospital, Norfolk, Virginia | | | |

## COUNTS 91-94

*(Introduction of Misbranded Drugs into Interstate Commerce*
*with Intent to Defraud and Mislead – False and Misleading Labeling)*

As to the offense of introducing misbranded drugs into interstate commerce with intent to defraud and mislead, as charged in Counts 91-94 of the Indictment, we the jury unanimously find defendant BARRY J. CADDEN:

| Count | Date of Shipment | Description | Destination | Not Guilty | Guilty | Intent to Defraud or Mislead |
|-------|------------------|-------------|-------------|------------|--------|------------------------------|
| **91** | 7/7/2011 | 6 25 mg/ml methotrexate injectables | USC University Hospital, Los Angeles, California | | | |
| **92** | 7/8/2011 | 8 4 mg/ml methotrexate injectables | Augusta Eye Associates, Fisherville, Virginia | | | |
| **93** | 2/15/2012 | 25 25 mg/ml methotrexate injectables | Decatur Memorial Hospital, Decatur, Illinois | | | |
| **94** | 6/8/2012 | 10 4 mg/ml methotrexate injectables | Retina Group of Washington, Chevy Chase, Maryland | | | |

**COUNTS 95, 99-100**
*(Introduction of Misbranded Drugs into Interstate Commerce
with Intent to Defraud and Mislead – No Prescriptions)*

As to the offense of introducing misbranded drugs into interstate commerce with intent to defraud and mislead, as charged in Counts 95, and 99-100 of the Indictment, we the jury unanimously find defendant BARRY J. CADDEN:

| Count | Date of Shipment | Location | Description | Patient Names Listed | Not Guilty | Guilty | Intent to Defraud or Mislead |
|-------|------------------|----------|-------------|---------------------|------------|--------|------------------------------|
| 95 | 12/21/2009 | Lincoln, Nebraska | 60 vials of betamethasone repository | Michael Baldwin, Alex Baldwin, Steven Baldwin, Billy Baldwin, Diana Ross, Michael Jackson, Daily Niner, Chris Rock | | | |
| 99 | 8/26/2010 | San Marcos, Texas | 8 vials of 10 ml triamcinolone | Hugh Jass | | | |
| 100 | 9/14/2010 | San Marcos, Texas | 10 vials of dexamethasone, 5 vials of 10 ml methylprednisolone acetate | Freddie Mae, Fannie Mac | | | |

_____          _____
Date                                              Foreperson