UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 14-10363-RGS

UNITED STATES OF AMERICA

v.

BARRY J. CADDEN

MEMORANDUM AND ORDER
ON DEFENDANT'S EMAIL MOTION
FOR FURTHER JURY INSTRUCTIONS

March 21, 2017

STEARNS, D.J.

The court will treat defendant's email of March 20, 2017, as a motion requesting further jury instructions. The motion is <u>DENIED</u>. The jurors have asked a very specific question limited to the identification of exhibit numbers associated with specific alleged acts of racketeering. They have *not* asked to have testimony read to them, or for the court to repeat instructions that it has already given (and that the jurors in any event have in writing with them in the jury room). Nor have they asked the court to give explanations that they have already heard. If and only when any of these things are asked for, will the court will respond. But not before. The lists of exhibit numbers provided by the government and the defendant will be combined into a single list without identifying which side made the selections. The combined list will be given to the jury with a written explanation from the court that these

are the exhibit numbers provided by the parties whether they agreed or not as their particular relevance.

        SO ORDERED.

        /s/ Richard G. Stearns

        _____
        UNITED STATES DISTRICT JUDGE