UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 14-10363-RGS

UNITED STATES

v.

BARRY J. CADDEN et al.

ORDER ON MOTION OF TRUSTEES OF BOSTON UNIVERSITY TO
INTERVENE AND TO UNSEAL JUROR LIST

June 16, 2017

STEARNS, D.J.

At the close of business on Friday, June 9, 2017, the Trustees of Boston University filed a motion to intervene in this case to unseal the list of jurors who served during the trial of United Stated v. Barry Cadden.[1] Customarily, this court does not release the names of the jurors in a criminal case until after the matter has been concluded. Recognizing, however, that the three trial phases in this case are separated by extended periods of time, and in view of "the public's long-term interest in maintaining an open judicial process," *In re Globe Newspaper Co.*, 920 F.2d 88, 91 (1st Cir. 1990), and noting that there are no objections from the government or defendants, the

---

[1] This is the first such motion. The Trustees make reference to a letter to the court dated April 20, 2017. The court acts in cases only in response to requests properly made by way of a motion, and does not respond to letters.

court will release the names and towns of residence of the Barry Cadden jurors following his sentencing, currently scheduled for June 26, 2017, subject to the caution expressed in *U.S. v. Kepreos*, 759 F.2d 961, 967 (1st Cir. 1985) ("[T]his Circuit prohibits the post-verdict interview of jurors by counsel, litigants or their agents except under the supervision of the district court, and then only in such extraordinary situations as are deemed appropriate.").

SO ORDERED.

<u>/s/ Richard G. Stearns</u>
UNITED STATES DISTRICT JUDGE