UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 14-10363-RGS

UNITED STATES OF AMERICA

v.

BARRY J. CADDEN, et al.

ORDER ON INTERVENOR TRUSTEES OF BOSTON UNIVERSITY'S
MOTION TO RECONSIDER

June 22, 2017

STEARNS, D.J.

The motion to reconsider the court's ruling to release the names and towns of residence of the Cadden jurors after his sentencing on Monday, June 26, 2017, is <u>DENIED</u>. The Trustees' reliance on *dicta* in a footnote in a decades-old decision, *In re Globe Newspaper Co.*, 920 F.2d 88 (1st Cir. 1990), implying that the media has the right to the disclosure of jurors' *home* addresses as well as their identities, is misplaced. Even if the decision specified the release of a juror's home address (it does not), the opinion was written in a more innocent age. In the turbulent times in which we now live, I would no more consider ordering the public disclosure of a juror's home address than I would my own.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE