UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BARRY J. CADDEN, et al.<br><br>Defendants. | Criminal No.: 14-10363-RGS |

**DEFENDANT BARRY CADDEN'S REQUEST FOR DESIGNATION
AND AMENDMENT OF JUDGMENT TO REFLECT SAME**

Barry Cadden hereby respectfully requests that the Court recommend to the Bureau of Prisons that he be assigned to serve his term of imprisonment at the Federal Prison Camp at Fort Devens, Ayer, MA or, if not available, at the prison camp with availability that is closest to Massachusetts for visitation reasons.[1]  Upon being notified of this request, Probation responded that it does not take a position on such issues.  The U.S. Attorney objects to this request.

Cadden requests that the Court make this recommendation in its usual manner, including by amending the judgment to note its recommendation.

---

[1] Undersigned counsel neglected to make this request at Monday's sentencing hearing.

Dated:  June 28, 2017

Respectfully submitted,

BARRY J. CADDEN,
By his attorneys,

  /s/ Bruce A. Singal
Bruce A. Singal (BBO# 464420)
Michelle R. Peirce (BBO# 557316)
Callan G. Stein (BBO# 670569)
DONOGHUE, BARRETT & SINGAL, PC
One Beacon Street – Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
bsingal@dbslawfirm.com
mpeirce@dbslawfirm.com
cstein@dbslawfirm.com

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on June 28, 2017.

  /s/ Bruce A. Singal
Bruce A. Singal