UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BARRY J. CADDEN, et al.<br><br>Defendants. | Criminal No.: 14-10363-RGS |

## PETITION OF MATTHEW CADDEN, EMILIA CADDEN, AND E.R. CADDEN ASSERTING AN INTEREST IN PROPERTY

Matthew Cadden, Emilia Cadden, and E.R. Cadden, by counsel and pursuant to 18 U.S.C. §1963(l), submit this Petition to assert their interest in the substitute asset identified in the Court's Preliminary Order of Forfeiture of Assets in Partial Satisfaction of Money Judgment (Dkt. 1260) (the "Preliminary Forfeiture Order"), as $1,482,200.26, and all additional funds on deposit in Lee Munder Wealth Planning Resource Account Number *****1080, held in the name of Barry J. Cadden Irrevocable Trust. In further support of this petition, Matthew Cadden, Emilia Cadden, and E.R. Cadden states as follows:

1. The Barry J. Cadden Irrevocable Trust was created on July 24, 2007.

2. Matthew Cadden, Emilia Cadden, E.R. Cadden, and their mother, Lisa Cadden, are the beneficiaries of the trust.

3. The money held in the Barry J. Cadden Irrevocable Trust is for the sole benefit of Matthew Cadden, Emilia Cadden, E.R. Cadden, and Lisa Cadden.

4. Lisa Cadden is presently the sole trustee.

5. As the trust beneficiaries, Matthew Cadden, Emilia Cadden, and E.R. Cadden have separate right, title and interest in the funds held in the Barry J. Cadden Irrevocable Trust.

WHEREFORE, Matthew Cadden, Emilia Cadden, and E.R. Cadden respectfully request this Court conduct an ancillary proceeding concerning forfeiture of the above-referenced asset, determine that the above-referenced asset is not subject to forfeiture or should not be forfeited, and order the government return the above-referenced asset.

## REQUEST FOR HEARING

In accordance with 18 U.S.C. §1963 and Rule 32.2 of the Federal Rules of Criminal Procedure, Matthew Cadden, Emilia Cadden, and E.R. Cadden hereby request a hearing on this Petition.

Respectfully submitted,
MATTHEW CADDEN, EMILIA CADDEN, AND E.R. CADDEN,
By their attorneys,

/s/ Bruce A. Singal
Bruce A. Singal (BBO# 464420)
Michelle R. Peirce (BBO# 557316)
Damien C. Powell (BBO# 664200)
DONOGHUE, BARRETT & SINGAL, PC
One Beacon Street – Suite 1320
Boston, MA 02108
(617) 720-5090
bsingal@dbslawfirm.com
mpeirce@dbslawfirm.com
dpowell@dbslawfirm.com

Dated: December 7, 2017

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including upon David Lazarus, Esq., the Assistant U.S. Attorney designated to receive this Petition.

/s/ Bruce A. Singal
Bruce A. Singal

# AFFIRMATION

I have reviewed this Petition and swear and affirm, subject to the penalties of perjury, that the statements herein are true and accurate.

_____
Matthew Cadden

## AFFIRMATION

I have reviewed this Petition and swear and affirm, subject to the penalties of perjury, that the statements herein are true and accurate.

_____
Emilia Cadden

## AFFIRMATION

I have reviewed this Petition and swear and affirm, subject to the penalties of perjury, that the statements herein are true and accurate.

*[signature]*
E.R. Cadden