UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No.: 14-10363-RGS |
| ) | |
| BARRY J. CADDEN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF CHANGE OF FIRM ADDRESS

Please be advised that Bruce A. Singal, counsel for Defendant Barry J. Cadden, gives

notice of his new firm address:

> Bruce A. Singal
> Hinckley Allen
> 28 State Street
> Boston, MA 02109
> Tel.: (617) 378-4165
> bsingal@hinckleyallen.com

Respectfully submitted,

*/s/ Bruce A. Singal*
Bruce A. Singal (BBO #464420)
Hinckley Allen
28 State Street
Boston, MA 02109
Tel.: (617) 378-4165
Dated: January 14, 2021                    bsingal@hinckleyallen.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of January, 2021, I filed this notice using the
Court's CM/ECF system, resulting in service on all counsel of record in this matter.

*/s/ Bruce A. Singal*
Bruce A. Singal