UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
UNITED STATES OF AMERICA,       )
                                                    )
v.                                                 )     Criminal No.: 14-10363-RGS
                                                    )
BARRY J. CADDEN, et al.,             )
                                                    )
            Defendants.                       )
_____)

## NOTICE OF CHANGE OF FIRM ADDRESS

Please be advised that Lauren E. Dwyer, counsel for Defendant Barry J. Cadden, gives notice of his new firm address:

> Lauren E. Dwyer
> Hinckley Allen
> 28 State Street
> Boston, MA 02109
> Tel.: (617) 378-4185
> ldwyer@hinckleyallen.com

Respectfully submitted,

*/s/ Lauren E. Dwyer___*
Lauren E. Dwyer (BBO #657727)
Hinckley Allen
28 State Street
Boston, MA 02109
Tel.: (617) 378-4185
ldwyer@hinckleyallen.com

Dated: January 14, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of January, 2021, I filed this notice using the Court's CM/ECF system, resulting in service on all counsel of record in this matter.

*/s/ Lauren E. Dwyer*
Lauren E. Dwyer