UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BARRY J. CADDEN<br>GLENN A. CHIN,<br><br>Defendants. | Criminal No.:  14-cr-10363-RGS-1<br>14-cr-10363-RGS-2 |

**DEFENDANTS BARRY J. CADDEN'S AND GLENN A. CHIN'S ASSENTED-TO MOTION TO EXTEND TIME TO FILE RESPONSE TO THE GOVERNMENT'S SENTENCING MEMORANDUM AND MEMORANDUM IN SUPPORT OF THE GOVERNMENT'S MOTIONS FOR RESTITUTION AND FORFEITURE**

Defendants hereby move the Court for an order extending the deadline for filing their responses to (1) Government's Sentencing Memorandum and Memorandum in Support of the Government's Renewed Motions for Restitution and Forfeiture [ECF Doc No. 2228] and (2) Government's Sentencing Memorandum and Memorandum in Support of the Government's Motions for Restitution and Forfeiture [ECF Doc No. 2229] until **Friday, June 11, 2021**.  The government has assented to this motion. In support of this motion, Defendants state as follows:

1)      On April 30, 2021, the Government filed its Sentencing Memoranda and Memoranda in Support of Motions for Restitution and Forfeiture [ECF Doc Nos. 2228 and 2229].

2)      The Government's Memoranda address the First Circuit's remand on several issues pertaining to sentencing, forfeiture, and restitution.

3)      The Government's Memoranda are accompanied by and rely upon a declaration and report regarding economic losses by Thomas A. Barocci, Ph.D, of TAB Consulting.

60960332 v1

4) The Government's Memoranda and the TAB Consulting economic analysis (the "TAB Report") reference restitution requests by hundreds patients and several medical facilities and insurance plans.

5) The TAB report has been updated since the government's initial motion for restitution in Mr. Cadden's case to include over $5M in new claims that Mr. Cadden has not previously reviewed.

6) The TAB Report's analyses and calculations reportedly rely, in part, upon an evaluation of information collected by the Department of Justice and restitution questionnaires and additional data or information provided by or on behalf of individuals.

7) The documents included in Exhibit A and Exhibit B to the Government's Motion, which detail each restitution request, are voluminous.

8) Defendants require this extension to permit proper review and assessment of the Government's Memoranda and the voluminous supporting materials.

9) The sentencing issues addressed in the government's memoranda carry significant consequences for the defendants, both of whom are incarcerated and thereby delayed in their abilities to review pleadings and discuss these issues with counsel.

10) This extension will not impact the schedule for the sentencing hearings scheduled for July 7, 2021.

11) The government has assented to Defendants' request for this extension.

Wherefore, Defendants respectfully request that the Court extend the filing deadline for Defendants' responses until **Friday, June 11, 2021.**

Dated: May 7, 2021

Respectfully submitted,

BARRY J. CADDEN,
By his attorneys,

 /s/   Lauren E. Dwyer
Bruce A. Singal (BBO# 464420)
Michelle R. Peirce (BBO# 557316)
Lauren E. Dwyer (BBO# 657727)
HINCKLEY ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109
Telephone: (617) 345-9000
bsingal@hinckleyallen.com
mpeirce@hinckleyallen.com
ldwyer@hinckleyallen.com

GLENN A. CHIN,
By his attorneys,

 /s/   James L. Sultan
James L. Sultan
RANKIN & SULTAN
151 Merrimac Street, 2nd Floor
Boston, MA 02114
Telephone: (617) 720-0011
jsultan@rankin-sultan.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on May 7, 2021.

 /s/   Lauren E. Dwyer
Lauren E. Dwyer

60960332 v1