# United States Court of Appeals
## For the First Circuit

Nos. 21-1602, 21-2003

UNITED STATES,

Appellee,

v.

BARRY J. CADDEN,

Defendant, Appellant.

**JUDGMENT**

Entered: October 13, 2022

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Barry J. Cadden's sentence is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Bruce A. Singal, Amanda Masselam Strachan, Donald Campbell Lockhart, Alexandra W. Amrhein, Christopher R. Looney, Michelle R. Peirce, Damien C. Powell, Florida Hospital Waterman, Inc., Jeffrey J. Pyle, Advocate Health & Hospitals Corporation, EyeOne, PLC, Baptist Medical Center, Box Hill Surgery Center, LLC, Brigham & Women's Hospital, Decatur Memorial Hospital, Elkhart General Hospital, Inc., First Recovery Group, LLC, Glens Falls Hospital, High Point Surgery Center, Hill Country Sports Medicine, PA, Insight Health Corp, Keck Hospital of USC, Marion Pain Management Center, Inc., Massachusetts Eye and Ear Infirmary, McLaren Port Huron, Michigan Pain Specialists, PLLC, Nebraska Spine Center, LLP, North Shore Medical Center, Inc., Oakleaf Surgical Hospital, LLC, OSMC Outpatient Surgery Center, PC, Retina Group of Washington, PC, Sentara Norfolk General Hospital, South Bend Clinic, LLP, Southboro Medical Group, Inc., Southlake Ambulatory Surgery Center, Specialty Surgery Center, PLLC, St. Peter's Hospital of the City of Albany, St. Vincent's Birmingham, West Virginia University Ruby Memorial Hospital, Winchester Medical Center, Barry Cadden